UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARES ROBERT SMITH, | * | |
| Plaintiff, | * | |
| v. | * | Civil. Case 1:25-cv-00012-RDB |
| THE FEDERAL BUREAU OF INVESTIGATION, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION TO SEAL

Mr. Smith, by and through undersigned counsel, hereby moves this Honorable Court to seal Exhibit 01-09, filed with the original complaint in the above-captioned matter, in an abundance of caution while the parties in a related matter in State court litigate whether the information contained in the redacted report remains protected.

Respectfully submitted,

Deborah Katz Levi
Bar no.: 30999
Assistant Public Defender
Maryland Office of the Public Defender
201 St. Paul Place
Baltimore, MD 21202
(667) 406-2348
Deborah.Levi@maryland.gov
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2025, a copy of the foregoing was served, via U.S. mail, first class, postage prepaid, and via email, on:

Director Christopher Wray
Federal Bureau of Investigation
935 Pennsylvania Avenue N.W.
Washington, D.C. 20535

Erek Barron
United States Attorney for the District of Maryland
36 South Charles Street
Baltimore, MD 21201

Merrick Garland
United States Attorney General
Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

_____
Deborah Katz Levi
Assistant Public Defender